1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA

10 | BILLY BARRIOS,                          )    Case No. CV 07-2447-RGK (OP)
11 |                                         )
12 |            Petitioner,                  )    ORDER ADOPTING FINDINGS,
                                             )    CONCLUSIONS, AND
13 |       vs.                               )    RECOMMENDATIONS OF
                                             )    UNITED STATES MAGISTRATE
14 | IVAN CLAY, et al.,                      )    JUDGE
                                             )
15 |            Respondents.                 )
                                             )
16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18  records and files herein, and the Report and Recommendation of the United States
19  Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and
20  recommendations of the Magistrate Judge.
21  / / /
22  / / /
23  / / /
24
25
26
27
28

1     IT IS ORDERED that Judgment be entered (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying
3 the Petition and dismissing this action without prejudice for failure to exhaust state
4 judicial remedies.

5 DATED: MAY 22 2008

6     HONORABLE R. GARY KLAUSNER
7     United States District Judge

9 Prepared by:

11 HONORABLE OSWALD PARADA
12 United States Magistrate Judge