JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY BARRIOS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>IVAN CLAY, et al.,<br><br>　　　　　Respondents. | Case No. CV 07-2447-RGK (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state judicial remedies.

DATED: MAY 22 2008

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge